# EXHIBIT
# E

# U.S. Retirement Program



The purpose of the U.S. Retirement Program is to provide income for your retirement based on eligible salary and length of service with the Company. Benefits may be payable from three sources: the tax qualified Retirement Plan and, for certain highly compensated employees, from the non-qualified plans.

These questions and answers about the MMC Retirement Plan, together with the Plan Administration Description dated as of May 10, 2006, form the Summary Plan Description of the MMC Retirement Plan. If you terminated employment before that date, prior Plan provisions may determine your benefit.

Note: This document uses a number of defined terms, highlighted in purple; go to the "Definition" section at the end of the SPD for the defined terms' definitions.

## Topics you will find on this page

- Eligibility for the Retirement Plan
- How the program works
- When participation begins
- Requesting a benefit
- Contributions
- Beneficiary
- Contact
- A note about ERISA

## Eligibility for the Retirement Plan

You are eligible if you are an employee classified on payroll as a U.S. salaried employee of MMC or any related company that is a participating employer in the Plan. Participating companies include MMC and all its subsidiaries and affiliates other than (i) Putnam Investments, Inc., and its subsidiaries, (ii) Kroll, Inc. and its subsidiaries, including its Quorum and Factual Data business, (iii) CS Stars, LLC (formerly Corporate Systems, Inc.), and (iv) except as described below, Mercer Human Resource Services, including Mercer HR Outsourcing, LLC and Mercer Trust Company. Certain employees of Mercer HR Services who were formerly Mercer HR Consulting employees were given the opportunity to continue participation in the Plan or to elect participation in the Mercer HR Services Retirement Plan.

As used throughout this document, "employee," "you" and "your" always

### More...

▸ Service recognized upon rehire or status change

▸ Definitions

▸ How to enroll

mean a U.S. salaried employee of MMC or any other participating company.

Individuals classified on payroll as hourly employees, student interns, employees in Puerto Rico, leased employees, U.S. citizens (or non U.S. citizens working in the U.S.) covered by a Company retirement plan in another country, or individuals who are compensated as independent contractors are not eligible to participate. Employees hired into the Marsh Risk Consulting Practice of Marsh USA Inc. after July 12, 2004 do not accrue benefit service.

You may be eligible for vesting service under the Plan if you are an hourly or leased employee or employed by a subsidiary which is not a participating company (for example: Putnam Investments or a foreign subsidiary) and are subsequently hired by the Company as an eligible salaried employee.

Employees of an acquired business initially become eligible no earlier than the specified dates established in the Plan.

Back to top 🔼

### How the program works

The Retirement Program pays a benefit according to a formula that considers your salary and service with the Company, as well as your covered compensation according to the government's covered compensation table.

The U.S. Retirement Program consists of three plans, the:

- Retirement Plan (tax-qualified) and, for qualifying participants,
- Benefit Equalization Plan (non-qualified)
- Supplemental Retirement Plan (non-qualified).

You are eligible for a benefit if you leave the company and are age 65 or older, or have at least 60 months of vesting service.

You may retire and begin receiving monthly benefit payments at age 65, which is the normal retirement age. As an alternative, you may continue working past age 65 and earn a benefit until you elect a deferred retirement.

You may also elect early retirement at or after age 55, provided you have at least 60 months of vesting service.

The program offers a number of payment forms for your retirement benefit.

Your age when payment begins, your form of payment and your contingent annuitant's age (if you name one) will affect the amount of your calculated monthly payment.

Certain highly-compensated participants may be eligible for benefits from one or both of the **non-qualified plans**: the Benefit Equalization Plan, which provides benefits that would have been paid if the IRS limits on benefits payable from the Retirement Plan did not apply, and the Supplemental Retirement Plan, designed to provide retirement benefits that supplement benefits from the MMC Retirement Plan, Benefit Equalization Plan and Social Security for the first 25 years of benefit service.

For more information on non-qualified benefits, go to the Benefits

### More...

- Retirement Plan formula
- Requesting a calculation
- Eligible pay used to calculate your retirement benefit
- Definitions
- Special J&H rules
- Special Sedgwick rules
- Explanation of vesting
- A plan comparison

2

Handbook via MMC PeopleLink (www.mmcpeoplelink.com) and access the Benefit Equalization Plan and Supplemental Retirement Plan chapters.

Back to top

### When participation begins

If you are an eligible employee, your participation begins on the first of the month in which you are at least age 21 and have one year of vesting service. Participation is automatic. No action is required by you.

Generally, once you become a participant, all your service as an eligible employee is credited for vesting service and benefit service purposes and you may also be credited with prior vesting service for your service as an hourly or leased employee, and service with a non-participating subsidiary.

Special provisions also apply if you were employed by an acquired business and your Plan was merged into this Plan.

### More...

▸ How to enroll

▸ Special Sedgwick rules

▸ Service recognized upon rehire or status change

Back to top

### Requesting a benefit

Certain information and documentation is required before benefits under the Retirement Plan can commence.

### More...

▸ How to begin your retirement benefit

▸ When to begin your retirement benefit

▸ Direct deposit

▸ Rollovers

▸ Taxes

▸ Forms of payment

▸ Survivor benefits

▸ Divorce

Back to top

### Contributions

The Company pays the full cost of the program. Employee contributions are not permitted.

### More...

Back to top

### Beneficiary

Your vested death benefit will go to the spouse to whom you have been married for at least one year at the time of your death if you die with a vested benefit before benefits under the program commence. Single employees can not elect a beneficiary for a pre-retirement benefit.

When you qualify to receive benefit payments, you may name any individual as your beneficiary prior to commencing your benefits if you elect a form of payment that permits you to name a beneficiary, and if you are married, your spouse consents to your election and waives the qualified joint and survivor form of payment.

### More...

▸ Forms of payment

▸ Survivor benefits

▸ How to begin your retirement benefit

Back to top

3

**Contact**                                    More

For more information, contact your Human Resources Representative.

Back to top

**A note about ERISA**                          More

The Employee Retirement Income Security Act of 1974 (ERISA) is a
federal law that governs many employer-sponsored plans including this
one. Your ERISA rights in connection with the tax-qualified Retirement
Plan and (to the extent ERISA applies to those plans, to the Benefit
Equalization Plan and the Supplemental Retirement Plan) are detailed in
the **U.S. Retirement Program's Plan Administration Description** that,
together with these questions and answers, constitute the Summary Plan
Description for this Plan.

Back to top

**See also:**
• U.S. Retirement Program's Plan Administration Description
• Benefit Equalization Plan

◀ U.S. Retirement Program home page

# Retirement Plan formula


**Topics you will find on this page**

◼ Formula

◼ Retirement Plan formula for benefits earned on and after
January 1, 2006

◼ Retirement Plan formula for benefits earned as of December
31, 2005

◼ Transition benefit

◼ Temporary transition benefit

4

Formatted Table

## Formula

The MMC Retirement Plan formula uses your eligible monthly salary, length of benefit service and Plan's benefit percentage on or after January 1, 2006. The formula adjusts your benefit to compensate for the Social Security benefits you will receive in retirement (generally, towards which you and the Company are contributing, although this offset is not a direct offset of your Social Security benefits).

## Retirement Plan formula for benefits earned on and after January 1, 2006

More

**What is the Retirement Plan formula for benefits earned on and after January 1, 2006?**

Your Retirement Plan benefit for service on and after January 1, 2006 will be determined using a formula based on your eligible monthly salary, length of benefit service and the Plan's benefit percentage. The formula for the Retirement Plan to determine your annual benefit (payable as a straight life annuity on or after age 65) is as follows:

For the first 30 years (360 months) of benefit service: 1.6% multiplied by your eligible monthly salary;

**+PLUS** (if applicable)

For benefit service beyond 30 years (360 months): 1.0% multiplied by your eligible monthly salary;

**-MINUS**

For the first 35 years (420 months) of benefit service: an amount representing your Social Security retirement benefit, which is equal to 0.4% multiplied by your monthly covered compensation (or your eligible monthly salary, if less)

The monthly benefit payable in the form of an annuity for your lifetime will be one-twelfth (1/12) of the annual amount determined by aggregating the accruals determined under the above formula for all of your months of benefit service.

If you became a Plan participant before January 1, 2006, your benefit accrued for benefit service before that date was determined using a different formula. A summary of the formula used for calculating benefits earned as of December 31, 2005, if applicable, can be viewed by clicking on retirement formula for benefits earned as of December 31, 2005 or by scrolling down to the next section. All your benefit service, including benefit service earned as of December 31, 2005 is included to determine whether your accrual is at the 1.6% level or the 1.0% level.

The base salary used in determining your eligible monthly salary is subject to the Federal limits for a qualified plan.

Note that you will not begin earning benefits under the U.S.

▸ Transition benefit

▸ Requesting a calculation

▸ Eligible pay used to calculate your pension

▸ Retirement formula for benefits earned as of December 31, 2005

5

Retirement Program until you are at least age 21 and have at least one year of vesting service.

## Retirement Plan formula for benefits earned as of December 31, 2005

More...

▸ Transition benefit

What is the Retirement Plan formula for benefits earned as of December 31, 2005?

The factors in the formula that are used to calculate your annual benefit earned as of December 31, 2005 are your **final average salary**, length of benefit service and the plan's benefit percentage. The formula adjusts your benefit to compensate for the Social Security benefits you will receive in retirement (generally, towards which you and the Company are contributing, although this offset is not a direct offset of your Social Security benefits).  The formula for the Retirement Plan to determine your annual benefit (payable as a straight life annuity on or after age 65) is as follows:

For the first 30 years (360 months) of benefit service: 1.6% of your **final average salary** as of December 31, 2005 multiplied by your years and months of benefit service before 2006 up to a maximum of 30 years;

**+PLUS** (if applicable)

For benefit service beyond 30 years (360 months): 1.0% of your **final average salary** as of December 31, 2005 multiplied by your years and months of benefit service before 2006 in excess of 30 years;

**-MINUS**

For the first 35 years (420 months) of benefits service, an amount representing your Social Security retirement benefits, which is equal to 0.4% multiplied by your covered compensation (or **final average salary**, if less) as of December 31, 2005 multiplied by your years and months of benefit service before 2006 up to 35 years.

The benefit you earned for service before January 1, 2006, payable as a straight life annuity on or after age 65 will not change in the future, unless you are eligible for a transition benefit as described below.

The benefit payable by the plan does not include any benefit you may be eligible for under Social Security.

Note: The base salary used in determining your final average salary is subject to the Federal limits for a qualified plan.

How will my Retirement Plan benefits be determined if I have service before and after January 1, 2006?

▸ Transition benefit

If you have earned accrued benefits both before and after January 1, 2006, your December 31, 2005 accrued benefit will be

6

calculated under the prior Retirement Plan formula and will be based solely on your benefit service and your final average salary as of that date. Your accrued benefit on or after January 1, 2006 will be calculated under the current Retirement Plan formula and will be based on your eligible monthly salary, length of benefit service and the Plan's benefit percentage. Please note, the amount of your accrual for your benefits earned as of December 31, 2005 will not change in the future, unless you are eligible for the transition benefit described below.

NORMAL RETIREMENT EXAMPLE:

Retirement Plan formula for benefits earned as of December 31, 2005

Retirement Plan formula

IRS limits on salary ($220,000 for 2006) apply to the MMC Retirement Plan because it is a tax-qualified plan.

Let's say you retire on January 1, 2008 (after having turned age 65 on December 15, 2007) and:

- you have 40 years of benefit service and vesting service as of December 15, 2007
- your eligible salary for each year from 2000 through 2007 is as follows:

| Year | Eligible Salary |
|------|------|
| 2000 | 47,000 |
| 2001 | 50,600 |
| 2002 | 53,400 |
| 2003 | 55,000 |
| 2004 | 57,000 |
| 2005 | 59,000 |
| 2006 | 60,000 |
| 2007 | 63,000 |

- your final average salary (highest 60 months of salary) as of December 31, 2005 is $55,000
- your eligible salary for 2006 and 2007 are $5,000 per month and $5,250 per month, respectively
- you were age 50 or older and had at least 10 years of vesting service on December 31, 2005
- you are eligible for the transition benefit (which means that your accrued benefit earned before 2006 can increase based on increases in your eligible compensation after 2005); for purposes of the transition benefit, your final average salary increases from $55,000 to $58,800 (or by 6.9%) from January 1, 2006 to January 1, 2008
- the government-determined covered compensation amount for 2005 is $53,268.



Benefit for service before January 1, 2006 = 1.6% times $55,000 times 30 years - $26,400

*Plus*
1.0% times $55,000 times 8 years = $4,400
*Minus*
0.4% of the lesser of $55,000 or $53,268 (covered compensation) times 35 years =

$7,458
*Equals*
$23,342 per year payable at age 65
*Adjusted as follows*
$23,342 plus (6.9% times $23,342) =
$24,953 (6.9% reflects the special transition
benefit)



*Minus*
$0 (No offset since benefit service is greater
than 420 months.)
*Equals*
$600 + $630 = $1,230 per year payable at
age 65 for accruals in 2006 and 2007



| | |
|---|---|
| **Retirement income from MMC Retirement Plan:** | $26,183 per year payable at age 65 |

## Transition benefit

### What is the transition benefit?

The transition benefit consists of special rules that apply to the calculation of the benefits earned as of December 31, 2005.

If you qualify for the transition benefit, you will receive an increase to your benefit earned as of December 31, 2005 that is proportional to any increase in your final average salary on or after January 1, 2006 to your actual date of termination.

Example of the transition benefit
If your final average salary has increased by 15% on or after January 1, 2006 to your actual termination date, your benefits earned as of December 31, 2005 will be increased by 15%.

### Who is eligible for the transition benefit?

You are eligible for the transition benefit, if according to MMC's records, you are a Retirement Plan participant and as of December 31, 2005 you:

- had at least 10 years of vesting service, and
- were at least age 50.

This means you qualify for the transition benefit if your vesting service date is January 1, 1996 or earlier and your date of birth is January 1, 1956 or earlier.

8

**What happens if I am eligible for the Retirement Plan transition benefit, leave the Company and am later rehired?**

If you are eligible for the transition benefit, terminate employment and are later rehired, your transition benefit will be determined without regard to any increases in your eligible salary after you are rehired.

**You will not be eligible for the transition benefit increase based on any change to your eligible salary that occurs on or after your rehire date.**

## Temporary transition benefit

**What is the temporary transition benefit?**

If you qualify for the temporary transition benefit, your benefit earned as of December 31, 2005 will increase based on any increases in your eligible salary you may receive while employed by MMC or a participating subsidiary until the earlier of your actual date of termination from Mercer HR Services or any other MMC company and December 31, 2010. You will receive an increase in your December 31, 2005 accrued benefit that is proportional to the increase in your final average salary on or after January 1, 2006 until the earlier of your actual date of termination from Mercer HR Services or any other MMC company and December 31, 2010.

Example of the temporary transition benefit
If your final average salary has increased by 6% on or after January 1, 2006 until the earlier of your actual date of termination from Mercer HR Services or any other MMC company and December 31, 2010, your benefits earned as of December 31, 2005 will be increased by 6%.

**Who is eligible for the temporary transition benefit?**

You are eligible for the temporary transition benefit if you are a MMC Retirement Plan participant or have a frozen accrued benefit under the MMC Retirement Plan and you:

- transferred from Mercer Human Resource Consulting (same question) to Mercer HR Services during the period from December 31, 2004 through December 31, 2005
- were at least age 45 with at least 5 years of vesting service on the day prior to transfer to Mercer HR Services and had the option to remain in the MMC Retirement Plan or join the Mercer HR Services Retirement Plan, and chose to remain in the MMC Retirement Plan, or were at least age 40 with five years of vesting service or had at least 10 years of vesting service and were entitled to have your final average salary used to calculate your MMC Plan frozen accrued benefit taking into account salary increases while employed by Mercer HR Services; and
- as of December 31, 2005, you are an employee of Mercer HR Services but were not at least age 50 with at least 10 years of vesting service on December 31, 2005.

9

◀ U.S. Retirement Program home page

# Requesting a calculation

**Calculation request** More

**Q** Can I request an estimate of my benefit?

**A** You can request a Retirement Plan estimate if:

- a **Qualified Domestic Relations Order** is submitted and approved or
- you are at least age 50 with five years of vesting service or
- you are retiring within one year from the date of the request.

Only one calculation estimate is permitted per calendar year. All estimates will assume your current salary will remain in effect until your retirement date. You may request a copy of your calculation, which will show how your **eligible monthly salary** and **final average salary** (if applicable) were calculated and the years and months of **benefit service** used.

If you are under age 55 and have at least five years of service when you terminate employment, you will be sent a letter (generally, within 45 days of your termination of employment) showing your Retirement Plan benefit at age 65.

The benefit payable by the Plan does not include any benefit you may be eligible for under **Social Security**.

Back to top ↑

◀ U.S. Retirement Program home page

# Survivor benefits

10

## Topics you will find on this page

- Beneficiary if I die before benefits commence
- Beneficiary if I die after benefits commence
- Benefit to beneficiary if I die while actively employed
- Benefit to beneficiary if I die after termination but before benefits commence
- Benefit to beneficiary if I die after benefits commence

## Beneficiary if I die before benefits commence

**More**

**Q** Who is the beneficiary if I die before benefits commence?

▸ Special Sedgwick rules

**A** If you are vested in the Retirement Program but die while actively employed or terminate and die before your benefit begins, a benefit is paid to your surviving spouse. Your surviving spouse is your legal spouse to whom you have been married for at least one year at the time of your death. If you die before having been married for one year, are not married, or are not vested when you die, no benefit is payable. Your domestic partner is not considered a surviving spouse upon your death.

Employees who contributed to the Sedgwick Retirement Plan (which was merged into the MMC Retirement Plan on January 1, 2000) may have a beneficiary on file to receive a refund of their contributions plus interest in the event they die before benefits commence and have not been married for at least one year at the time of death. This beneficiary election may be updated at any time.

Back to top

## Beneficiary if I die after benefits commence

**More**

**Q** Who is the beneficiary if I die after benefits commence?

▸ Forms of payment

**A** Your beneficiary is the individual you named prior to you commencing your benefit. The benefit, if any, payable after your death, will be based on the form of payment you elected when your benefits commenced.

Back to top

## Benefit to beneficiary if I die while actively employed

**More**

**Q** What does my beneficiary receive if I die while actively employed?

11

**A** If you are not married, are married for less than one year at the time of your death, or are not vested in the Plan, the Plan does not pay a benefit upon your death.

If you are married and vested in the Plan, your spouse to whom you have been married for at least one year at the time of your death will receive the following:

If you die before age 50:
- 50% of your accrued vested benefit calculated as if you had terminated employment on your date of death and elected the 50% contingent annuitant option. This benefit will be paid to your spouse on the date you would have attained age 65. Your spouse can elect to commence the benefit as early as when you would have attained age 55 although the monthly benefit paid will be reduced using the Plan's reduction in age factors.

If you die on or after age 50:
- 50% of your accrued vested benefit calculated as if you had terminated employment on your date of death. This benefit will be paid to your spouse commencing on the first of the month following your death.

Note: If the present value of the monthly benefit under the Retirement Plan does not exceed $1,000, a lump sum payment will be paid automatically following your death.

Back to top 🔝

**Benefit to beneficiary if I die after termination but before benefits commence**    More

**Q** What does my beneficiary receive if I die after I terminate employment but before benefits commence?

**A** If you are not married, or are married for less than one year at the time of your death, or are not vested, the retirement program does not pay a benefit upon your death.

If you are married and vested in the Plan, your spouse to whom you have been married for at least one year will receive 50% of the benefit accrued as of your termination date and calculated as if you elected the 50% contingent annuity option. This benefit will be paid to your spouse on the date you would have attained age 65. Your spouse can elect to commence the benefit as early as when you would have attained age 55 although the monthly benefit paid will be reduced using the Plan's reduction in age factors.

If you are married and die after electing a contingent annuity form of payment within 90 days before payments are to begin:

- the form of payment you elected will be paid to your spouse if your spouse was designated as your contingent annuitant, or
- the benefit payable under the 50% contingent annuity form of payment will be paid to your spouse if your spouse was not designated as your contingent annuitant. The contingent annuitant you designated will not receive a benefit from the retirement program.

12

Back to top 

**Benefit to beneficiary if I die after benefits commence**    More

**Q** What does my beneficiary receive if I die after benefits commence?

**A** If you elected a period certain option and die before all guaranteed payments are made, the beneficiary you named will receive the remaining payments. If all guaranteed payments were made, no payments will be made to your beneficiary when you die.

If you elected a contingent annuity option, your contingent annuitant will receive the percentage of your monthly benefit you selected for the rest of his or her life.

There is no beneficiary for the straight life annuity or the Social Security level income forms of payment.

Back to top

◀ U.S. Retirement Program home page

# How to begin your retirement benefit

**Topics you will find on this page**

 Active employee initiating benefits

Terminated vested or retired participant initiating benefits

Reporting a change in address

**Active employee initiating benefits**    More

 **Q** How do I begin the retirement process?

 **A** To begin the retirement process, you must contact your Human Resources Representative at least 90 days before your anticipated retirement date.

Your Human Resources Representative will prepare a Retirement Plan Request for Calculation Form for you.

You need to inform your Human Resource Representative of the following:

13

- your termination date
- your spouse's date of birth
- the date you want to start your benefit.

You will be sent the information through your Human Resources Representative, or at your home address, with a copy sent to your Human Resources Representative, generally, within 15 business days after your request is received. The retirement package may include retirement benefit information and other forms relating to other benefits, including the following forms:

- a direct deposit form
- insurance conversion election form
- Retiree Life Insurance Beneficiary Designation Form
- retiree medical election form
- Retirement Benefit Election form
- Stock Investment Plan Benefit Distribution Form and Special Tax Notice, if you participate in this Plan
- tax withholding election form
- Benefit Equalization Plan and Supplemental Retirement Plan Forms if applicable.

Return your completed forms as instructed in your package.

Generally, your benefit will commence the first of the month after the MMC Retirement Service Center receives your completed forms, as long as your forms were received at least 30 days prior to the 1st of the month. Otherwise, your benefits will commence the 1st of the month following the month in which your completed forms are on file for at least 30 days.

Back to top



**Terminated, vested or retired participant initiating benefits**          More

**Q** How do I begin retirement benefits if I have already left the Company?

**A** To begin receiving a benefit from the Retirement Program, you must send all required information, completed forms and related documents to the MMC Retirement Service Center at least 30 but not more than 90 days before your anticipated benefit commencement date. To begin the process, write to the MMC Retirement Service Center. In your letter be sure to state your:

- termination date
- desired benefit commencement date (generally the first of any month following your termination date, up to age 65. However, benefits cannot commence before your 55th birthday or before all completed paperwork is on file for at least 30 days)
- Social Security number
- date of birth
- marital status, and
- contingent annuitant's date of birth (if applicable).

Attach proof of age for you and your contingent annuitant, such as

14

a copy of your birth certificate(s), driver's license(s) or passport(s). All information that you provide will be deemed true and correct and will be conclusively binding upon you and your contingent annuitant.

Generally, your benefit will commence the first of the month after the MMC Retirement Service Center receives your completed forms, as long as your forms were received at least 30 days prior to the 1st of the month. Otherwise, your benefits will commence the 1st of the month following the month in which your completed forms are on file for at least 30 days.

If you do not contact the MMC Retirement Service Center to commence benefit payments, and if the MMC Retirement Service Center cannot locate you by your 65th birthday, your benefit may be forfeited. Your benefit will be reinstated, however, if you subsequently notify the MMC Retirement Service Center; your missed benefit payments will be made following your notification.

Back to top

**Reporting a change in address**                                    More

**Q** Whom do I notify of my address change after I leave the Company?

**A** You must report any address change immediately to the MMC Retirement Service Center in order to ensure that you receive your benefits and any notices of benefit changes.

Back to top

 U.S. Retirement Program home page

# When to begin your retirement benefit

**Topics you will find on this page**

Retirement date vs. benefit commencement date

Normal retirement

Early retirement

Deferring your retirement benefit

Disability

Not eligible for retirement

## Retirement date vs. benefit commencement date | More:

**Q** What are my retirement and benefit commencement dates?

**A** You may terminate employment but wait to begin receiving payments until a later date.

If you are age 55 or above when you terminate employment with a vested benefit, the first day of the month following your termination of employment from the Company is your retirement date (even if you defer your benefit commencement and accept employment with another unrelated company). You accrue a benefit based on your salary and service up to your retirement date.

The first day of the month in which your monthly payments begin is your benefit commencement date.

Your benefit commencement date may not be later than age 65 or the first of the month following your termination of employment, if later.

Back to top ▲

## Normal retirement | More:

**Q** When can I begin receiving my retirement benefit?

**A** Your **normal retirement** date is the time you can retire and start your normal retirement benefit. Your normal retirement date is the first of the month after your 65th birthday (or your 65th birthday if your birthday falls on the first of the month).

Back to top ▲

## Early retirement | More:

**Q** Do I have to wait until normal retirement to commence my benefit?

› Special Sedgwick rules

› Special J&H rules

**A** The program allows participants to retire early, before age 65. Your **early retirement** date can be the first day of any month after you terminate employment on or after reaching age 55, provided that you have at least 60 months of vesting service on that date.

The benefit payable at your early retirement date is calculated using your salary and benefit service through the end of the month in which you terminate employment. If you elect to begin benefit payments before age 62 (for benefits earned before January 1, 2006) or age 65 (for benefits earned on or after January 1, 2006), your benefit will be reduced to reflect the longer payment period than if you commenced payment at age 65 (your normal retirement date) as shown in the table below.

The percentage of your age-65 benefit you will receive according to your benefit commencement age:

16

| Benefit Commencement Age: | Percentage of Your Age-65 Benefit You Will Receive | |
| | Benefit Accrued as of December 31, 2005 | Benefit Accrued on or after January 1, 2006 |
|---|---|---|
| 55 | 72% | 50% |
| 56 | 76% | 55% |
| 57 | 80% | 60% |
| 58 | 84% | 65% |
| 59 | 88% | 70% |
| 60 | 92% | 75% |
| 61 | 96% | 80% |
| 62 | 100% | 85% |
| 63 | 100% | 90% |
| 64 | 100% | 95% |
| 65 and older | 100% | 100% |

**EARLY RETIREMENT EXAMPLE**

Let's assume you retire age 62 and 3 months, your accrued benefit as of December 31, 2005, payable at age 65 is $500 per month and your accrued benefit on or after January 1, 2006, payable at age 65 is $500 per month. You elect to commence payment at age 62 and 3 months. This means you commence payment 2 years and 9 months (or 33 months) before age 65. Your benefits would be reduced for early retirement as follows:

**Accrued Benefit as of December 31, 2005:**
- $500 times 100% (no reduction at age 62 or older under the early retirement reduction methodology applicable to benefits earned before 2006)
= **$500 per month payable at age 62 and 3 months**

**Accrued Benefit on or after January 1, 2006:**
- $500 times 86.25% (0.41667% times 33 months equals a 13.75% reduction)
= **$431.25 per month payable at age 62 and 3 months**

**Total Early Retirement Benefit = $931.25 per month payable as a straight life annuity at age 62**

If you accrued benefits under either the Johnson & Higgins or Sedgwick Retirement Plans, those benefits have different rules regarding the Early Retirement factors. If you accrued your benefit under the MMC Retirement Plan and terminated prior to January 1, 1991, different Early Retirement factors are applicable to you.

Back to top ⬆

Deferring your retirement benefit          More...

17

**Q** What if I work past my normal retirement date?

**A** If you continue working past age 65 (normal retirement age), you continue earning a benefit until you retire. Benefit payments will then begin on your "deferred retirement date," which is the first of the month immediately following the day you terminate employment.

If you continue working past age 70-1/2, you are required to commence your benefit by April 1 of the year following your reaching age 70-1/2.

Back to top 🖢

## Disability                                                      More

**Q** Can I receive my retirement benefit if I am disabled?

**A** If you are on long term disability, your retirement benefit will begin on the first of the month after you reach 65 (or your 65th birthday if your birthday falls on the first of the month).

If you receive long term disability benefits after age 65, your retirement benefit begins on the first of the month after long term disability benefits cease.

Note: You continue to receive **benefit service and vesting service** while you are on long term disability.

Back to top 🖢

## Not eligible for retirement                                    More

**Q** What if I am not eligible to retire when I leave the Company?

**A** If you are vested but terminate employment before age 55 (the earliest date you can commence benefit payments), you are guaranteed a benefit from the U.S. Retirement Program. Once your Company employment ends, you stop earning a retirement benefit.

You must begin receiving your benefit no later than your normal retirement date (the first of the month on or after age 65). However, you may elect to begin receiving your benefit starting on the first of any month on or after your 55th birthday. If you begin receiving your benefit before you reach age 65, your benefit will be reduced to compensate for the longer projected payout period.

The reduction for benefits accrued prior to January 1, 2003 is 4% (0.33% per month) per year from age 62. The reduction for benefits accrued after December 31, 2002 is 6% (0.50% per month) per year from age 65.

The charts below illustrate the early reduction factors:

| If you elect to begin your benefit at this age: | You will receive this percentage of your benefit accrued through December 31, 2002: |
|---|---|
| 55 | 72% |

18



| If you elect to begin your benefit at this age: | You will receive this percentage of your benefit accrued from January 1, 2003 to termination of employment: |
|---|---|
| 55 | 40% |
| 56 | 46% |
| 57 | 52% |
| 58 | 58% |
| 59 | 64% |
| 60 | 70% |
| 61 | 76% |
| 62 | 82% |
| 63 | 88% |
| 64 | 94% |
| 65 | 100% |

Back to top

◀ U.S. Retirement Program home page

# Direct deposit



☒ Direct deposit

☒ Payment by check

19

**Direct deposit**                                            **More**

**Q** Can I have my retirement benefit directly deposited?

**A** Your retirement benefit will be deposited directly to your checking or savings account unless you indicate otherwise. Your retirement benefit from the Retirement Plan will be direct deposited on the first business day of the month; your retirement benefit from the **non-qualified plans** will be direct deposited on the last business day of the month.

To set up a direct deposit, follow these steps:

- complete the direct deposit form and attach a voided check or deposit slip when you return your form(s).

You can't have your lump sum payment (if eligible) deposited directly into your checking or savings account.

Back to top

**Payment by check**                                          **More**

**Q** When will I receive my retirement benefit payment?

**A** If you are not able to have your retirement benefit directly deposited, a check will be mailed to you on or about the first business day of the month for your Retirement Plan benefit and on or about the last business day of the month for your **non-qualified plans'** benefit. If your retirement benefit check is lost or stolen, a replacement check can be issued. A list of the retirement benefit vendors is listed under the contacts section of this site. You may contact the vendor directly to have your check reissued. All fees in connection with having your check reissued will be your responsibility.

Back to top

◀ U.S. Retirement Program home page

# Divorce

**Topics you will find on this page**

Qualified Domestic Relations Order (QDRO) rules

Retirement benefit for an alternate payee

Remarriage after a Qualified Domestic Relations Order (QDRO)

20

## Qualified Domestic Relations Order (QDRO) rules

More:

**Q** What is a Qualified Domestic Relations Order?

QDRO guidelines

**A** A QDRO is a state court order that legally instructs the Retirement Plan to pay all or a portion of your accrued benefit to an alternate payee; that is, a former spouse, child(ren) or other dependent(s). The Company has to honor any state court orders relating to your Retirement Plan benefit as long as it complies with the QDRO guidelines of the Retirement Plan and applicable legal requirements. A draft order should be sent to the Corporate Benefits Department for approval prior to being sent to the courts for signature. (If you submit a QDRO to the courts without Corporate Benefits Department approval and the QDRO does not comply with the Retirement Plan's guidelines, you will be required to resubmit it to the courts. All expenses in connection with obtaining a QDRO are your/your alternate payee's responsibility.)

Back to top 🔺

## Retirement benefit for an alternate payee

More:

**Q** When can an alternate payee start a Retirement Plan benefit?

**A** The terms of the **Qualified Domestic Relations Order** will determine when an alternate payee may start to receive Retirement Plan benefits. The Plan Administrator will follow the terms of the Qualified Domestic Relations Order (QDRO).

If the Qualified Domestic Relations Order (QDRO) provides for a division of the benefit only after the participant starts to receive benefits, then the alternate payee's benefit will commence at the same time as the participant's benefit.

If the Qualified Domestic Relations Order (QDRO) provides for a division of the participant's benefit prior to the participant's retirement, an alternate payee can start a retirement benefit on the first of the month after the participant reaches age 55 (or the participant's 55th birthday if the birthday falls on the first of the month).

Back to top 🔺

## Remarriage after a Qualified Domestic Relations Order (QDRO)

More:

**Q** What happens to my Retirement Plan benefits if I remarry after a Qualified Domestic Relations Order (QDRO) is recognized?

**A** If you remarry, your new spouse may qualify as a spouse only with respect to benefits not awarded to your former spouse under the Qualified Domestic Relations Order.

Back to top 🔺

## See also

Getting divorced

21

◀ U.S. Retirement Program home page

# Eligible pay used to calculate your retirement benefit

**Topics you will find on this page**

▪ Pay used

▪ Stop working

**Pay used**

**Q** **What salary is used to calculate my retirement benefit?**

**A** The salary that is used in your retirement benefit calculation for benefits accrued on or after January 1, 2006 is based on your eligible monthly salary. You earn benefits each month based on your eligible salary in that month.

The salary that is used in your retirement benefit calculation for benefits accrued as of December 31, 2005 is the average of your highest 60 consecutive months of eligible salary excluding salary after December 31, 2005. This is known as your final average salary. If you have less than 60 months of Benefit Service as of December 31, 2005, your **final average salary** will be the average of your highest consecutive months of eligible salary during your actual years and months of service before January 1, 2006. For employees eligible for the transition benefit, the calculation of final average salary will be determined using the same approach, but reflecting eligible salary after December 31, 2005.

The IRS also limits the compensation that can be used in your calculation each year and any increase will automatically be reflected in the Retirement Plan. The federal limit in a qualified **plan** is subject to change each year.

The MMC Retirement Program will use base salary in excess of the federal limits, but that part of your benefit is payable from the non-qualified plans.

For more information on non-qualified benefits, go to the Benefits Handbook via MMC PeopleLink (www.mmcpeoplelink.com) and access the Benefit Equalization Plan and Supplemental Retirement Plan chapters.

**More**

▸ Retirement plan formula

Back to top ≜

22

◀ U.S. Retirement Program home page

# How to enroll


Topics you will find on this page

▪ How to enroll

▪ Participating in the plan

**How to enroll**   More

**Q** **How do I enroll in the retirement program?**

▶ Survivor benefits

**A** You are automatically enrolled on the first of the month in which you become eligible. No action is required on your part.

Back to top ▣

**Participating in the plan**   More

**Q** **When can I participate in the program?**

**A** You can participate in the plan after completing one year of vesting service and reaching at least age 21, if you are eligible.

Back to top ▣

◀ U.S. Retirement Program home page

# Forms of payment

Topics you will find on this page

▪ Different forms of payment

▪ Normal form of payment

▪ Straight Life Annuity

▪ Contingent Annuity

23

- Period Certain

- Social Security Level Income

- Lump sum

- Changing your form of payment

- Determining your form of payment

## Different forms of payment                                     More

**Q** Are there different forms of payment to choose from?

**A** The program offers a number of payment forms for your retirement benefit. Each payment form is actuarially equivalent -- that is of equal value determined using the actuarial assumptions in the plan. The differences in the amounts payable under each form of payment reflects any difference in age between you and the person you designate to receive your benefit when you die and the projected payout period.

Back to top

## Normal form of payment                                         More

**Q** What is the plan's normal form of payment?

**A** If you do not elect a payment form and the present value of your accrued benefit exceeds $1,000, you will receive the "normal" form of monthly payment, which depends on your marital status when benefits commence.

If you are not married on your benefit commencement date, your normal form of payment is a Straight Life Annuity.

If you are married on your benefit commencement date, your form of payment is a 50% Contingent Annuity with your spouse as the contingent annuitant.

Back to top

## Straight Life Annuity                                           More

**Q** What is a straight life annuity?

**A** This form of payment provides you with equal monthly payments for as long as you live. No payments are made after your death. If you are married, a notarized signature by your spouse waiving his or her rights to a 50% Contingent Annuitant benefit is required to elect this option.

24

Back to top ⬆

**Contingent Annuity**                                    More...

**Q** **What is the contingent annuity option?**

**A** This form of payment provides you with equal monthly payments for your life and, after your death, for the life of the person, or "contingent annuitant," you elect.

Before your benefit begins, you select a specific percentage of your monthly amount (50%, 66 2/3%, 75% or 100%) to be paid to your contingent annuitant. When you die, your contingent annuitant will receive the percentage of your monthly benefit you selected for the rest of his or her life.

If you elect this payment form, a reduction factor will be applied to your monthly benefit to take into account the payment over two lives -- yours and your contingent annuitant's. Once your payments begin, you may not change the percentage you elect for your contingent annuitant, nor can you change your contingent annuitant even if he or she dies before you do (in this case, you will continue to receive the reduced monthly payments). (Note: if your contingent annuitant dies before your payments begin, your election is cancelled automatically and you may make a new payment election. If you do not make a new election, you will receive the normal form of payment based on your marital status.) If you are married, your spouse is automatically your contingent annuitant. You must obtain your spouse's written, notarized consent to waive his or her rights to a 50% Contingent Annuity benefit if you wish to elect another option or a different contingent annuitant.

The following unisex table approximates some common contingent annuity reduction factors. The reduction factor applied to your benefit depends on:

(1) the benefit percentage you elect for your contingent annuitant;
(2) your age when benefits begin; and
(3) your contingent annuitant's age when benefits begin.

| Your age when payments begin | Contingent annuitant's age when payments begin | 50% benefit | 66 2/3% benefit | 75% benefit | 100% benefit |
|---|---|---|---|---|---|
| 55 | 50 | 94.7% | 92.2% | 91.3% | 88.8% |
| | 55 | 94.6% | 93.5% | 92.5% | 90.2% |
| | 60 | 94.6% | 94.2% | 93.2% | 91.5% |
| 62 | 57 | 91.1% | 88.6% | 77.3% | 83.8% |
| | 62 | 92.5% | 90.3% | 89.3% | 86.1% |
| | 65 | 93.4% | 91.4% | 90.4% | 87.7% |
| 60 | 60 | 89.3% | 86.3% | 85.5% | 81.2% |
| | 65 | 91.3% | 88.7% | 87.5% | 84.0% |
| | 68 | 92.4% | 90.2% | 89.3% | 86.0% |

**Naming or changing your contingent annuitant**

25

With the contingent annuity, you may select a contingent annuitant, subject to these restrictions:

- If you are married, you need your spouse's waiver of the qualified joint and survivor form of payment within 90 days prior to your benefits commencing and your spouse's consent to name a non-spouse contingent annuitant.
- You may not choose a non-spouse contingent annuitant whose age reduces your benefit by more than 50%.
- Once your monthly payments begin, you may not change your contingent annuitant, even if your original beneficiary dies.

## Contingent Annuity Example

The amount of your reduced monthly payments depends on the benefit percentage you choose for your contingent annuitant, the age difference between you and your contingent annuitant, and your age when benefits begin.

The following example illustrates how the reduction factors work. Let's assume:

You retire with a $1,000 monthly benefit. If you choose a straight life annuity, you will receive $1,000 a month from the program for your lifetime. When you die, payments cease.

Now let's consider that you are married and retire at age 65, that you name your spouse as a contingent annuitant, and that he or she is the same age as you. If you select a 50% contingent annuity, you will receive $913 for the rest of your life ($1,000 x 91.3%). If you die before your spouse, the program will pay a monthly benefit of $456.50 - or 50% of your benefit - to your spouse for the remainder of his or her life.

Back to top

## Period Certain                                          More

**Q** What is the period certain?

**A** The period certain form of payment is a straight life annuity combined with a guaranteed payment period. This form of payment provides you with equal monthly payments for your life and guarantees that benefits will be paid for 5, 10, 15 or 20 (but no longer than your life expectancy) years, as you elect, even if you die earlier.

If you die before all guaranteed payments are made, your beneficiary will receive the remaining payments. If you survive the period of guaranteed payments, your monthly benefit will be continued for as long as you live, but no payments will be made to your beneficiary after you die.

If you elect this payment form, a reduction factor based on your age will be applied to your monthly benefit to take into account the guarantee period. The longer the guarantee period you elect, the

26

greater the reduction to your monthly benefit. You must obtain your spouse's written, notarized consent to waive his or her rights to a 50% Contingent Annuity benefit.

The following table shows the Period Certain annuity factors:

| Participant Age | 5 Year | 10 Year | 15 Year | 20 Year |
|---|---|---|---|---|
| 55 | 99.5% | 98.3% | 96.3% | 93.5% |
| 56 | 99.4% | 98.0% | 95.9% | 92.4% |
| 57 | 99.3% | 97.8% | 95.4% | 91.6% |
| 58 | 99.3% | 97.5% | 94.9% | 90.8% |
| 59 | 99.2% | 97.2% | 94.4% | 90.4% |
| 60 | 99.1% | 96.8% | 95.7% | 88.0% |
| 61 | 99.0% | 95.4% | 93.0% | 86.9% |
| 62 | 98.9% | 96.0% | 92.2% | 85.8% |
| 63 | 98.7% | 95.4% | 91.4% | 84.7% |
| 64 | 98.6% | 94.9% | 90.8% | 83.6% |
| 65 | 98.3% | 94.2% | 90.2% | 82.5% |
| 66 | 98.1% | 93.5% | 88.0% | 80.8% |
| 67 | 97.8% | 93.7% | 86.7% | 78.8% |
| 68 | 97.5% | 91.8% | 85.3% | 77.4% |
| 69 | 97.2% | 90.8% | 83.9% | 75.5% |
| 70 | 97.0% | 89.5% | 82.2% | 74.0% |
| 71 | 96.8% | 88.3% | 80.6% | 72.3% |
| 72 | 96.6% | 87.4% | 78.8% | 70.6% |
| 73 | 96.4% | 86.0% | 76.9% | 69.0% |
| 74 | 96.2% | 84.5% | 75.0% | 67.2% |
| 75 | 96.0% | 83.5% | 73.0% | 65.5% |

Click here for information on naming or changing your beneficiary under the Period Certain form of payment

Back to top

## Social Security Level Income    More...

**Q** What is a Social Security level income payment option?

**A** You may elect this form of payment if you commence benefit payments prior to the age you first become eligible for Social Security benefits (currently age 62).

Under this form of payment, your pre-age 62 monthly payments from the U.S. Retirement Program are increased by the estimated amount of your monthly Social Security benefit payable beginning at age 62 (adjusted for your actual benefit commencement date).

27

When you reach age 62, your payments from the U.S. Retirement Program are reduced by your estimated Social Security benefit. The intent is to provide you with a level total retirement income from the U.S. Retirement Program and Social Security throughout your retirement.

Back to top 🔼

## Lump sum                    More

**Q** Who is eligible for a lump-sum distribution?

**A** If the present value of your monthly benefit under the Retirement Plan does not exceed $1,000, a lump sum payment will be paid automatically at the time your employment terminates. If you are a former Sedgwick employee and the total present value of your accrued benefit is more than $1,000 and not more than $20,000 you have the option for a lump sum payment when your employment terminates.

Interest and mortality tables used in determining the present value are prescribed by the government.

Back to top 🔼

## Changing your form of payment              More

**Q** May I change the form of payment I elect?

**A** You may cancel or change your form of payment (within 90 days prior to your benefit commencing) if you obtain any required spousal waiver and consent. Once payments begin, you may not change or revoke your election.

Back to top 🔼

## Determining your form of payment            More

**Q** How can I determine the form of payment that is right for me?

**A** Because many factors should be considered when electing a form of payment, you may want to seek the advice of a tax professional to determine the best form of payment for your situation.

Back to top 🔼

◀ U.S. Retirement Program home page

# A plan comparison

28

**A plan comparison**                                    More...

|  | MMC Retirement Plan | Benefit Equalization Plan | Supplemental Retirement Plan |
|---|---|---|---|
| Purpose | To provide a retirement benefit for all eligible employees. | To provide participants with the benefit that would have been paid but for IRS limits on the MMC Retirement Plan. | To provide an additional benefit from the MMC Retirement Plan, Benefit Equalization Plan and Social Security for the first 25 years of benefit service for a select group of highly compensated employees. |
| Eligibility | Salaried employees age 21 with at least one year of service. | Vested MMC Retirement Plan participants with current salaries or annual benefits above the IRS limit. | Generally, employees with final average annual salaries above approximately $150,000 with vested participation in the Retirement Plan. |
| Plan Design and Benefits | Defined benefit plan, meaning that the benefit is determined by a formula that considers your salary and service with the Company. IRS limits on salary and benefits apply because the plan is tax-qualified. | Defined benefit plan, using the same formula as the Retirement Plan, but without consideration of IRS limits on salary and benefits. Pays the difference between what the Retirement Plan would pay without IRS limits and what the plan actually can pay. No IRS limits apply to the Benefit Equalization Plan because it is non-qualified. | Defined benefit plan, using a formula that considers salary and service. Pays the difference, if any, between this formula's benefit and the total of your Retirement Plan benefit and estimated maximum Social Security and Benefit Equalization benefits. No IRS limits apply to the Supplemental Retirement Plan because it is non-qualified. |
| Vesting (Non-forfeiture) of Benefit | After 60 months of service or upon reaching age 65. | Same as Retirement Plan. | Same as Retirement Plan. |

29