UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x
ROGER EGAN,                            :
                                       :
           Plaintiff,                  :    Case No. 07 Civ 7134
                                       :
      -against-                        :    **Rule 7.1 Statement**
                                       :
                                       :
MARSH & MCLENNAN COMPANIES, INC.,      :
                                       :
           Defendant.                  :
                                       :
———————————————————— x

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Marsh & McLennan Companies, Inc. hereby certifies that there are no publicly held corporate parents, affiliates and/or subsidiaries of said party.

Date: __8/10/07__                    _____
                                     **Signature of Attorney**

                                     **Attorney Bar Code:** RH-9525