AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                     DISTRICT OF              NEW YORK

**APPEARANCE**

Roger Egan

v.

Marsh & McLennan Companies, Inc.

Case Number: [          ]

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Marsh & McLennan Companies, Inc.

I certify that I am admitted to practice in this court.

August 10, 2007

Date

*(signature) Jennifer Rochon*

Signature

Jennifer Rochon                    JR-3097

Print Name                          Bar Number

Kramer Levin Naftalis & Frankel LLP

Address

New York          NY          10036-2714

City               State          Zip Code

(212) 715-9100          (212) 715-8000

Phone Number          Fax Number