AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Roger Egan

v.

Marsh & McLennan Companies, Inc.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Marsh & McLennan Companies, Inc.

I certify that I am admitted to practice in this court.

August 10, 2007
Date

*[Signature]*
Signature

Robert N. Holtzman | RH-9525
Print Name | Bar Number

Kramer Levin Naftalis & Frankel LLP
Address

New York | NY | 10036-2714
City | State | Zip Code

(212) 715-9100 | (212) 715-8000
Phone Number | Fax Number