UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROGER EGAN

                         Plaintiff,

      -against-

MARSH & MCLENNAN COMPANIES, INC.,

                       Defendant.

No. 07 Civ. 7134

**Affidavit of Service**

---

STATE OF NEW YORK   )
                        ) SS.:
COUNTY OF NEW YORK  )

      I, Michael Ivanciu, being duly sworn say:

      1. I am not a party to this action, am over 18 years of age, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036.

      2. On August 10, 2007, I served by hand, a true copy of a **NOTICE OF REMOVAL** and **RULE 7.1 STATEMENT,** both dated August 10 2007, and **INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, INDIVIDUAL PRACTICES OF NAOMI REICE BUCHWALD UNITED STATES DISTRICT JUDGE, GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL** and **CIVIL COVER SHEET** in the above captioned action upon:

KL4:2158711.2

-2-

Foley & Lardner LLP,
90 Park Avenue
New York, New York 10016

_____
Michael Ivanciu

Sworn to before me this
13th day of August, 2007

_____
Notary Public

MICHAEL FEUER
NOTARY PUBLIC, State of New York
No. 02FE6151238
Qualified in Queens County
Commission Expires Aug. 14, 20__

-2-