UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
ROGER EGAN,

                Plaintiff,

   - against -

MARSH & McLENNAN COMPANIES, INC.,

                Defendant.
---------------------------------------- x

No. 07 Civ. 7134

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in this matter that the time for the above-captioned defendant to answer, move, or otherwise respond to the complaint in this matter is hereby extended to August 22, 2007. The undersigned attorneys also agree to further extend the time to answer, move, or otherwise respond to the complaint if the individual rules of the newly-assigned judge require a pre-motion conference.

The undersigned attorneys also agree that the foregoing will not be deemed an acknowledgment or acceptance by the above-captioned plaintiff of federal jurisdiction over the case, nor a waiver of plaintiff's right to seek remand of the case to state court, which right is expressly reserved.

Further, the undersigned attorneys also agree that the time limit for moving to remand under 28 USC § 1447(c) shall be tolled until a new judge is assigned to the case and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/07

either a pre-motion conference is conducted with respect to defendant's anticipated motion to dismiss or determined not to be necessary.

Dated: New York, New York
August 17, 2007

FOLEY & LARDNER LLP

_____
Peter N. Wang
Jeremy L. Wallison

90 Park Avenue
New York, New York 10016
(212) 682-7474
Attorneys for Plaintiff

KRAMER LEVIN NAFTALIS
& FRANKEL LLP

_____
Barry H. Berke
Robert N. Holtzman
Jennifer Rochon

1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
Attorneys for Defendant

SO ORDERED:

_____
8/20/2007  PART I

-2-