UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ROGER EGAN,                                    :

                    Plaintiff(s),              :

                                               :

            - against -

                                               :

MARSH & McLENNAN COMPANIES INC.,

                                               :

            Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/07
```

**ORDER FOR INITIAL
PRETRIAL CONFERENCE** (R)
07 Civ. 7134(SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        **This case has been designated an electronic case and has
been assigned to me for all purposes.  By the date of the initial
pretrial conference counsel for all parties are required to
register as filing users in accordance with the Procedures for
Electronic Case Filing.**

        Counsel are directed to appear at the United States
Courthouse, 500 Pearl Street, New York, Courtroom 15C, on **September
11, 2007** at **3:00** p.m., for an initial pretrial conference.
Pursuant to Rule 16, Fed. R. Civ. P., as amended on August 1, 1983,
the Court will enter an order at this conference that limits the
time: (1) to join other parties and to amend the pleadings; (2) to
file and hear motions; (3) to set a discovery schedule including
the completion of discovery; (4) to set a trial date and (5) to
discuss settlement.  Counsel who attend the conference must be
prepared to discuss these issues.  Counsel are referred to amended
Rule 16 for a list of further matters which may be discussed at
that time.

        Pursuant to amended Rule 16(f) the parties shall meet,
prior to the date o f the conference, to discuss the nature and
basis of their claims and defenses and the possibilities for a
prompt settlement and to develop a proposed discovery plan.  The
parties should prepare and submit at the conference a proposed
scheduling order on the form attached hereto.  **YOU MUST BRING A
COMPLETED SCHEDULING ORDER WITH YOU TO THE CONFERENCE!**

        If this case has been settled or otherwise terminated,
counsel are not required to appear, provided that a stipulation of
discontinuance, voluntary dismissal, or other proof of termination
is delivered before the date of the conference to the courtroom
deputy clerk to chambers of Judge Scheindlin, Room 1620, U.S.
Courthouse, 500 Pearl Street, New York, New York 10007.  If

plaintiff(s)' counsel intends to move for a default judgment, the
Court should be advised prior to the initial pretrial conference
date.

        **COUNSEL FOR DEFENDANT(S) ARE DIRECTED TO IMMEDIATELY
NOTIFY ALL ATTORNEYS IN THIS ACTION BY SERVING UPON EACH OF THEM A
COPY OF THIS ORDER.**    If issue has not been joined but
defendant(s)' counsel is aware of the identity of plaintiff(s)'
counsel, defendant(s)' counsel is directed to mail a copy of this
Order to plaintiff(s)' counsel forthwith. **ALL PARTIES MUST APPEAR
AT THIS CONFERENCE.**
        Attorneys are directed to consult the Judge's Individual
Rules with respect to adjournments, motion practice, communications
with chambers and other relevant matters.

        Counsel are advised that failure to comply with the terms
of this Order may result in dismissal of the action with prejudice,
or the entry of judgment by default.

SO ORDERED:

SHIRA A. SCHEINDLIN
U.S.D.J.

Dated: New York, New York
      August 27, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
|  | : | **SCHEDULING ORDER** |
| Plaintiff, | : |  |
|  |  | Civ.      (SAS) |
| - against - | : | Conference Date: |
| . |  |  |
|  | : |  |
| Defendant(s). | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on                          (the "Order); and

WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties;

(2)    a concise statement of the issues as they then appear;

(3)    a schedule including:

(a) the names of persons to be deposed and a schedule of planned depositions;

(b) a schedule for the production of documents;

(c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

(d) time when discovery is to be completed;

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

_____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;

(7) anticipated length of trial and whether to court or jury;

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.