AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Roger Egan

v.

Marsh & McLennan Companies, LLC

**APPEARANCE**

Case Number: 07 Civ. 7134 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Marsh & McLennan Companies, LLC

I certify that I am admitted to practice in this court.

| September 4, 2007 | *signature* |
|---|---|
| Date | Signature |
| | Barry H. Berke — BB-1421 |
| | Print Name — Bar Number |
| | Kramer Levin Naftalis & Frankel LLP |
| | Address |
| | New York — NY — 11201 |
| | City — State — Zip Code |
| | (212) 715-9100 — (212) 715-8000 |
| | Phone Number — Fax Number |