SCHEINDLIN.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ROGER EGAN,

                    Plaintiff,

     - against -

MARSH & McLENNAN COMPANIES, INC.,

                    Defendant.
---------------------------------------------------------------x

No. 07 Civ. 7134 (SAS)

**STIPULATION**

       IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in this matter that the time for the above-captioned defendant to answer, move, or otherwise respond to the complaint in this matter is hereby extended to September 10, 2007. Additionally, pursuant to Rule III(B) of the Individual Rules and Procedures of the Honorable Shira A. Scheindlin, defendant agrees to submit a letter to plaintiff regarding defendant's proposed motion to dismiss by August 30, 2007, and plaintiff agrees to respond to this letter on or before September 5, 2007. The undersigned attorneys also agree to further extend the time to answer, move, or otherwise respond to the complaint if they believe that an agreement can be reached between the parties on any of the issues set forth in the exchanged letters.

       The undersigned attorneys also agree that the foregoing will not be deemed an acknowledgment or acceptance by the above-captioned plaintiff of federal jurisdiction over the case, nor a waiver of plaintiff's right to seek remand of the case to state court, which right is expressly reserved.

KL3 2612319.1

Further, the undersigned attorneys also agree that the time limit for moving to remand under 28 USC s 1447(c) shall be extended until September 27, 2007.

Dated:  New York, New York
August 31, 2007

FOLEY & LARDNER LLP

_____
Peter N. Wang
Jeremy L. Wallison

90 Park Avenue
New York, New York 10016
(212) 682-7474
Attorneys for Plaintiff

KRAMER LEVIN NAFTALIS
& FRANKEL LLP

_____
Barry H. Berke
Robert M. Holtzman
Jennifer Rochon

1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
Attorneys for Defendant

SO ORDERED:

_____
U.S.D.J.

9/5/07

-2-

KL3 2612319.1