UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROGER EGAN,

                  Plaintiff,

   -against-

MARSH & MCLENNAN COMPANIES, INC.,

                  Defendant.

------------------------------------------------------------X



ORDER

07 Civ. 7134 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07

WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) to be had on September 11, 2007 at 3:00 p.m. (the "Conference); and

WHEREAS, for good cause shown, counsel for plaintiff seeks adjournment of that Conference and counsel for defendant does not object.

NOW, THEREFORE, it is ordered that the Conference is adjourned to Sept 19 at 10 ?.m.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

9/5/07

NYC_48823.1