AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

| ROGER EGAN | |
|---|---|
| v. | |
| MARSH & MCLENNAN COMPANIES, INC. | |

**APPEARANCE**

Case Number: 07 Civ. 7134 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
ROGER EGAN

I certify that I am admitted to practice in this court.

| 9/10/2007 | | |
|---|---|---|
| Date | Signature | |
| | Jeremy L. Wallison, Esq. | JW-6707 |
| | Print Name | Bar Number |
| | Foley & Lardner LLP | 90 Park Avenue |
| | Address | |
| | New York    NY | 10016 |
| | City    State | Zip Code |
| | (212) 338-3412 | (212) 687-2329 |
| | Phone Number | Fax Number |