UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

ROGER EGAN,

              Plaintiff,

    -against-

MARSH & MCLENNAN COMPANIES, INC.,

              Defendant.

----------------------------------------x

No. 07 Civ. 7134 (SAS)

**NOTICE OF MOTION**

        PLEASE TAKE NOTICE that upon the annexed affidavit of Robert N. Holtzman, Esq., the exhibits attached thereto, and the accompanying memorandum of law, defendant Marsh & McLennan Companies, Inc. will move this Court before the Honorable Shira A. Scheindlin, United States District Judge, at a time convenient for the Court, at the United States Courthouse, 500 Pearl Street, Courtroom 15C, New York, New York, for an Order:

    (a) dismissing, pursuant to Federal Rule of Civil Procedure 12(b)(6), the First Cause of Action of the above-captioned action to the extent plaintiff seeks benefits under the Marsh USA Inc. Severance Pay Plan and the Marsh Inc. Fall 2004 Standard Severance Plan;

    (b) dismissing, pursuant to Federal Rule of Civil Procedure 12(b)(6), the Second, Third and Fourth Causes of Action; and

KL3 2609360.1

- 2 -

(c) granting such other relief as the Court may deem just and proper.

Dated:    New York, New York
             September 10, 2007

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:      s/ Robert N. Holtzman
        Barry H. Berke (BB 1421)
        Robert N. Holtzman (RH 9525)
        Jennifer Rochon (JR 3097)
        1177 Avenue of the Americas
        New York, New York 10036
        (212) 715-9100
        Attorneys for Defendant Marsh &
        McLennan Companies, Inc.

KL3 2609360.1

Index No. 07 Civ. 7134 (SAS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROGER EGAN,

                              Plaintiff,

                              -against-

MARSH & MCLENNAN COMPANIES, INC.,

                              Defendant.

---

### NOTICE OF MOTION

---

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
*Attorneys for Defendants*

1177 Avenue of the Americas, New York, New York 10036
(212) 715-9100

*All communications should be referred to:*
Barry H. Berke, Esq.
Robert H. Holtzman, Esq.
Jennifer Rochon, Esq.

KL3 2613856.1