Scheindlin, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x

ROGER EGAN,

                Plaintiff,

    - against -

MARSH & McLENNAN COMPANIES, INC.,

                Defendant.

----------------------------------------------------------- x

No. 07 Civ. 7134 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07

## SCHEDULING ORDER

WHEREAS, Plaintiff Roger Egan filed his complaint for this action on July 10, 2007;

WHEREAS, Defendant Marsh & McLennan Companies, Inc filed on September 10, 2007 a motion to dismiss (1) the First Cause of Action of the above-captioned action to the extent plaintiff seeks benefits under the Marsh USA Inc. Severance Pay Plan and the Marsh Inc. Fall 2004 Standard Severance Plan pursuant to Federal Rule of Civil Procedure 12(b)(6), and (2) the Second, Third and Fourth Causes of Action pursuant to Federal Rule of Civil Procedure 12(b)(6); and

WHEREAS, the parties have conferred and agree to the proposed schedule;

KL3 2613581.1

NOW, THEREFORE, it is ordered that (1) plaintiff respond to defendant's motion to dismiss on or before October 10, 2007 and (2) defendant reply to plaintiff's response on or before October 24, 2007.

Shira A. Scheindlin
United States District Judge

Dated: New York, New York
September 11, 2007