AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN             DISTRICT OF             NEW YORK

ROGER EGAN

v.

MARSH & MCLENNAN COMPANIES, INC.

**APPEARANCE**

Case Number: 07 Civ. 7134 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ROGER EGAN

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/18/2007 | _/s/ Peter N. Wang_ |
| Date | Signature |
| | Peter N. Wang, Esq.    PW-9216 |
| | Print Name    Bar Number |
| | Foley & Lardner LLP    90 Park Avenue |
| | Address |
| | New York    NY    10016 |
| | City    State    Zip Code |
| | (212) 338-3401    (212) 687-2329 |
| | Phone Number    Fax Number |