UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
------------------------------------------------------------
                                                 :
Egan                                             :
                                                 :          ORDER OF REFERENCE
         v                                       :          TO A MAGISTRATE JUDGE
                                                 :
Marsh & McLennan                                 :          07 Civ. 7134 SAS ( )
                                                 :
                                                 X
------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*

_____

_____

___  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         Sept 19, 2007

late November would be best.

United States District Judge

Thanks