

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
www.foley.com

October 5, 2007

CLIENT/MATTER NUMBER
069469-0101

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07

VIA FACSIMILE TRANSMISSION
212-805-7920

Hon. Shira A. Scheindlin, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re: Roger Egan v. Marsh & McLennan Companies
Inc., Index No.: 07 Civ. 7134 (SAS)

Your Honor:

We represent the plaintiff in the above-referenced action. Defendant has filed a motion to dismiss. Pursuant to the scheduling order entered in this case on September 13, 2007, plaintiff has until October 10 to serve his opposition to the motion and defendant then has until October 24 to serve its reply. However, on Tuesday, October 9, plaintiff will be serving and filing an amended complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a). Plaintiff believes such amended complaint will largely moot the arguments of defendant's motion to dismiss.

In light of this development, plaintiff respectfully requests an alteration to the briefing schedule so that plaintiff's response to the currently pending motion to dismiss is due on October 17 and defendant's reply is due on October 31. Counsel for defendant consents to this alteration. A revised briefing schedule will allow defendant to review the amended complaint and assess whether to withdraw its current motion to dismiss and subsequently file a new motion directed at the amended complaint, while extending plaintiff's time to respond until defendant has made that decision.

Very truly yours,

Jeremy L. Wallison

*Plaintiff's request is granted. Plaintiff's opposition to defendant's motion to dismiss is due on Oct. 17, 2007. Defendant's reply is due on Oct. 31, 2007.*

SO ORDERED.

Date: Oct. 4, 2007

Shira A. Scheindlin, USDJ

JLW/smb

cc: Robert N. Holtzman, Esq. (via electronic mail)
    Melissa J. Prober, Esq. (via electronic mail)

BOSTON        LOS ANGELES   SACRAMENTO         TALLAHASSEE
BRUSSELS      MADISON       SAN DIEGO          TAMPA
CHICAGO       MILWAUKEE     SAN DIEGO/DEL MAR  TOKYO
DETROIT       NEW YORK      SAN FRANCISCO      WASHINGTON, D.C.
JACKSONVILLE  ORLANDO       SILICON VALLEY

NYC_50553.1