UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROGER EGAN,

                      Plaintiff,

       v.

MARSH & McLENNAN COMPANIES, INC.,
MARSH USA INC. SEVERANCE PAY PLAN,
MARSH INC. FALL 2004 RESTRUCTURING
SEVERANCE PAY PLAN,

                      Defendants.

------------------------------------------------------------------X

No. 07 Civ. 7134 (SAS)

OCT 11 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

        SARAH A. JEFFERS, being duly sworn, deposes and says:

        Deponent is not a party to the action, is over 18 years of age and resides at 2-01 50th Avenue, Long Island City, NY 11101.

        That on the 11th day of October, 2007, deponent caused to be served a copy of the **Amended Complaint** via First Class Mail and electronic mail upon:

    Robert N. Holtzman, Esq.
    Kramer Levin Naftalis & Frankel LLP
    1177 Avenue of the Americas
    New York, New York 10036
    the attorneys of record for Defendant Marsh & McLennan Companies, Inc.

NYC_50614.1

_[signature: Sarah A. Jeffers]_
SARAH A. JEFFERS

Sworn to before me this
11th day of October, 2007

_[signature: Laurel Sandler]_
Notary Public

LAUREL SANDLER
Notary Public, State of New York
No. 4768358
Qualified in Nassau County
Certificate Filed in Nassau County
Commission Expires Sept. 30, 20_10_