```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                            :
ROGER EGAN,                                 :
                                            :   No. 07 Civ. 7134 (SAS)
                    Plaintiff,              :
                                            :
        v.                                  :
                                            :
MARSH & McLENNAN COMPANIES, INC.,           :
MARSH USA INC. SEVERANCE PAY PLAN,          :
MARSH INC. FALL 2004 RESTRUCTURING          :
SEVERANCE PAY PLAN,                         :
                                            :
                    Defendants.             :
                                            :
------------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SARAH A. JEFFERS, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at 2-01 50th Avenue, Long Island City, NY 11101.

That on the 12th day of October, 2007, deponent caused to be served a copy of the **Summons** and **Amended Complaint** upon Marsh Inc. Fall 2004 Restructuring Severance Pay Plan via First Class Mail to:

> Robert N. Holtzman, Esq.
> Kramer Levin Naftalis & Frankel LLP
> 1177 Avenue of the Americas
> New York, New York 10036

the attorneys authorized to accept service on defendant's behalf.

NYC_50614.3

*[signature: Sarah A. Jeffers]*
SARAH A. JEFFERS

Sworn to before me this
12th day of October, 2007

*[signature: Laurel Sandler]*
Notary Public

LAUREL SANDLER
Notary Public, State of New York
No. 4768358
Qualified in Nassau County
Certificate Filed in Nassau County
Commission Expires Sept. 30, 20__

2

NYC_50614.2

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                         District of                         New York

---

ROGER EGAN

v.

MARSH & McLENNAN COMPANIES, INC.,
MARSH USA INC. SEVERANCE PAY PLAN,
MARSH INC. FALL 2004 RESTRUCTURING
SEVERANCE PAY PLAN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07 Civ. 7134 (SAS)

TO: (Name and address of Defendant)

Marsh Inc. Fall 2004 Restructuring Severance Pay Plan
John W. Hamlin, Esq.
Senior Employment Counsel
Marsh & McLennan Companies, Inc.
1166 Avenue of the Americas
New York, New York 10036-2708

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Foley & Lardner LLP
Peter N. Wang
Jeremy Wallison
90 Park Avenue
New York, New York 10016
212-682-7474

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                         OCT 1 1 2007
CLERK                                                       DATE

(By) DEPUTY CLERK