Scheindlin, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROGER EGAN,

                Plaintiff,

       v.

MARSH & McLENNAN COMPANIES, INC.,
MARSH USA INC. SEVERANCE PAY PLAN,
MARSH INC. FALL 2004 RESTRUCTURING
SEVERANCE PAY PLAN,

                Defendants.

------------------------------------------------------------X

No. 07 Civ. 7134 (SAS)

**STIPULATION**

    WHEREAS, plaintiff Roger Egan ("Plaintiff") filed his Verified Complaint on July 11, 2007;

    WHEREAS, defendant Marsh & McClennan Companies ("MMC"), Inc. filed a motion to dismiss the Plaintiff's complaint on September 10, 2007;

    WHEREAS, Plaintiff filed an Amended Complaint on October 11, 2007;

    NOW, THEREFORE, it is hereby stipulated and agreed by the undersigned attorneys for the parties in this matter that MMC's pending motion to dismiss is withdrawn, without prejudice to its right to make a renewed motion to dismiss directed at the Amended Complaint; and

    IT IS FURTHER stipulated and agreed by the undersigned attorneys for the parties in this matter that the time of defendants Marsh & McLennan Companies, Inc., Marsh USA Inc. Severance Pay Plan, Marsh Inc. Fall 2004 Restructuring Severance Pay Plan's to answer, move to dismiss, or otherwise respond to the amended complaint in this action shall be extended to November 5, 2007; Plaintiff shall be entitled to respond on or before December 3, 2007 to any

KL3 2619442.2

motion to dismiss filed by Defendants; and Defendants shall be entitled to reply to Plaintiff's response on or before December 21, 2007.

Dated: New York, New York
October 16, 2007

| FOLEY & LARDNER LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|---|---|
| *[signature]* | *[signature]* |
| Peter N. Wang (PW 9216) | Barry H. Berke (BB 1421) |
| Jeremy L. Wallison (JW 6707) | Robert N. Holtzman (RH 9525) |
| 90 Park Avenue | Jennifer Rochon (JR 3097) |
| New York, New York 10016 | 1177 Avenue of the Americas |
| (212) 682-7474 | New York, New York 10036 |
| | (212) 715-9100 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

So Ordered *[signature]*
U.S.D.J                Date: Oct 17, 2007

Shira A. Scheindlin. USDJ