UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――― x
ROGER EGAN,                                :
                                           :
                    Plaintiff,             :    07 Civ. 7134 (SAS)
                                           :
            - against -                    :
                                           :
MARSH & MCLENNAN COMPANIES, INC.,          :    **NOTICE OF MOTION**
MARSH USA INC. SEVERANCE PAY PLAN,         :
MARSH INC. FALL 2004 RESTRUCTURING         :
SEVERANCE PAY PLAN,                        :
                                           :
                    Defendants.            :
――――――――――――――――――――――― x

PLEASE TAKE NOTICE that upon the annexed declaration of Robert N. Holtzman, Esq., the exhibits attached thereto, and the accompanying memorandum of law, defendants Marsh & McLennan Companies, Inc., Marsh USA Inc. Severance Pay Plan, and Marsh Inc. Fall 2004 Restructuring Pay Plan will move this Court before the Honorable Shira A. Scheindlin, United States District Judge, at a time convenient for the Court, at the United States Courthouse, 500 Pearl Street, Courtroom 15C, New York, New York, for an Order:

(a) dismissing, pursuant to Federal Rule of Civil Procedure 12(b)(6), the Second through Thirteenth Causes of Action; and

KL3 2623540.1

(b) granting such other relief as the Court may deem just and proper.

Dated:   New York, New York
         November 5, 2007

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:  s/ Robert N. Holtzman
     Barry H. Berke (BB 1421)
     Robert N. Holtzman (RH 9525)
     Jennifer Rochon (JR 3097)
     1177 Avenue of the Americas
     New York, New York 10036
     (212) 715-9100
     Attorneys for Defendant Marsh &
     McLennan Companies, Inc., Marsh USA
     Inc. Severance Pay Plan, Marsh Inc. Fall
     2004 Restructuring Pay Plan