UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

ROGER EGAN,                                                :
                                                          :
                          Plaintiff,                      :        07 Civ. 7134 (SAS)
                                                          :
              - against -                                 :        DECLARATION OF ROBERT N.
                                                          :        HOLTZMAN IN SUPPORT OF
MARSH & MCLENNAN COMPANIES, INC.,                         :        DEFENDANT'S MOTION TO
MARSH USA INC. SEVERANCE PAY PLAN,                        :        DISMISS PLAINTIFF'S AMENDED
MARSH INC. FALL 2004 RESTRUCTURING                        :        COMPLAINT
SEVERANCE PAY PLAN,                                       :
                                                          :
                          Defendants.                     :

———————————————————————— x

ROBERT N. HOLTZMAN, an attorney duly admitted to practice before the Bar

of this Court, hereby declares as follows:

      1.    I am a member of the firm of Kramer Levin Naftalis & Frankel LLP,

attorneys for Defendants Marsh & McLennan Companies, Inc. ("MMC"), Marsh USA Inc.

Severance Pay Plan ("SPP"), and Marsh Inc. Fall 2004 Restructuring Severance Pay Plan (the

"Restructuring SPP") in the above-captioned matter.

      2.    I submit this declaration to provide the Court with true and correct copies

of the following documents in support of Defendant's motion to dismiss plaintiff's amended

complaint, which are incorporated in the Complaint by reference or are integral to the complaint.

*Subaru Distribs. Corp. v. Subaru of Am., Inc.*, 425 F.3d 119, 122 (2d Cir. 2005):

      a)    Verified Complaint, dated July 10, 2007 (exhibits omitted)
             (Exhibit A).

      b)    MMC Terms and Conditions of 7-Year Restricted Stock Awards to
             U.S. Grant Recipients (the "2004 Restricted Stock Award"), dated
             March 17, 2004 (Exhibit B).

c)   MMC Terms and Conditions of Restricted Stock Unit Awards to U.S. Grant Recipients (the "2003 Restricted Stock Unit Award"), dated January 16, 2003 (Exhibit C).

d)   Excerpts of the MMC 2000 Senior Executive Incentive and Stock Award Plan (the "Stock Award Plan") (Exhibit D).

e)   MMC press release, dated November 8, 2004 (Exhibit E).

f)   Resignation letter of Roger E. Egan (Exhibit F).

g)   Marsh USA Inc. Severance Pay Plan (the "SPP") (Exhibit G).

h)   Marsh Inc. Fall 2004 Restructuring Severance Pay Plan (the "Restructuring "SPP") (Exhibit D).

3.   I also submit this declaration to certify that the parties have exchanged pre-motion letters in accordance with Section III(B) of Your Honor's Individual Rules and Procedures.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   New York, New York
         November 5, 2007

                                    s/ Robert N. Holtzman
                                    Robert N. Holtzman

- 2 -

KL3 2623959.1