AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Roger Egan

v.

Marsh & McLennan Companies, Inc. et

**APPEARANCE**

Case Number: 07 Civ. 7134 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Marsh & McLennan Companies Inc., Marsh USA Inc. Severance Pay Plan and Marsh Inc. Fall 2004 Restructuring Severance Pay Plan

I certify that I am admitted to practice in this court.

November 27, 2007
Date

*(signature)*
Signature

Melissa Prober — MP 8244
Print Name — Bar Number

Kramer Levin Naftalis & Frankel LLP
Address 1177 Avenue of the Americas
New York, NY 10036
City    State    Zip Code
(212) 715-9100    (212) 715-8087
Phone Number    Fax Number