UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
ROGER EGAN,

       Plaintiff,

 - against -

MARSH & MCLENNAN COMPANIES, INC.,

       Defendant.

------------------------------------------------------- x

**PROPOSED AMENDED SCHEDULING ORDER**

07 Civ. 7134 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

JUDGE SCHEINDLIN
JAN 28 2008

 WHEREAS, the parties to the action jointly have requested an adjournment for 60 days of the dates in the Scheduling Order entered on September 28, 2007 and amended orally during a hearing on October 30, 2007; and

 WHEREAS, the Court, for good cause, has granted that request;

 NOW, THEREFORE, it is hereby ordered that the Scheduling Order be further amended as follows:

1.  Document production will be concluded by March 31, 2008.

2.  Depositions of fact witnesses shall be completed by June 13, 2008.

3.  The parties shall supply to opposing counsel any expert reports in support of their affirmative claims by July 30, 2008 and any rebuttal reports by August 29, 2008.

4.  The parties shall complete depositions of experts by September 29, 2008.

5.  Discovery shall be completed by September 29, 2008.

6.  Plaintiff shall supply its pre-trial order matters to defendant by October 20, 2008.

7.  The parties shall submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (i) proposed findings of fact and conclusions of

NYC_69376.1

law for a non-jury trial, or (ii) proposed voir dire questions and proposed jury instructions, for a jury trial by December 1, 2008. *Nov. 10*

8. The final pre-trial conference pursuant to Fed. R. Civ. P. 16(d) shall be on ~~July 7 at 4:30~~ [to be set by the Court].

_____
SHIRA A. SCHEINDLIN
U.S.D.J.