UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x

ROGER EGAN,                                   :
                                              :
                                              :
                   Plaintiff,                 :        No. 07 Civ. 7134 (SAS)
                                              :
                                              :
          -against-                           :
                                              :        **NOTICE OF MOTION**
                                              :
MARSH & MCLENNAN COMPANIES, INC.,             :
                                              :
                   Defendant.                 :
                                              :
—————————————————————— x


        PLEASE TAKE NOTICE that upon the annexed declaration of Robert N.

Holtzman, Esq., the exhibits attached thereto, and the accompanying memorandum of law,

defendant Marsh & McLennan Companies, Inc. will move this Court before the Honorable Shira

A. Scheindlin, United States District Judge, at a time convenient for the Court, at the United

States Courthouse, 500 Pearl Street, Courtroom 15C, New York, New York, for an Order:

      (a)  dismissing, pursuant to Federal Rule of Civil Procedure 12(b)(6), the Third, Fourth,
          and Fifth Causes of Action of the above-captioned action; and

KL3 2645386.1

(b) granting such other relief as the Court may deem just and proper.


Dated:        New York, New York
                 March 10, 2008

KRAMER LEVIN NAFTALIS & FRANKEL LLP


By:_____s/ Robert N. Holtzman_____
            Barry H. Berke (BB 1421)
            Robert N. Holtzman (RH 9525)
            Jennifer L. Rochon (JR 3097)
            Melissa J. Prober (MP 8244)
            1177 Avenue of the Americas
            New York, New York 10036
            (212) 715-9100
            Attorneys for Defendant Marsh &
            McLennan Companies, Inc.

- 2 -