UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
ROGER EGAN,                              :
                                         :
                    Plaintiff,           :      No. 07 Civ. 7134 (SAS)
                                         :
                                         :      DECLARATION OF ROBERT N.
         -against-                       :      HOLTZMAN IN SUPPORT OF
                                         :      DEFENDANT'S MOTION TO
                                         :      DISMISS PLAINTIFF'S SECOND
MARSH & MCLENNAN COMPANIES, INC.,        :      AMENDED COMPLAINT
                                         :
                    Defendant.           :
                                         :
———————————————————————— x

        ROBERT N. HOLTZMAN, an attorney duly admitted to practice before the Bar of this Court, hereby declares as follows:

    1.    I am a member of the firm of Kramer Levin Naftalis & Frankel LLP, attorneys for defendant Marsh & McLennan Companies, Inc. ("MMC") in the above-captioned matter.

    2.    I submit this declaration to provide the Court with a true and correct copy of the following document in support of Defendant's motion to dismiss, which are incorporated in the Complaint by reference or are integral to the complaint, *Subaru Distribs. Corp. v. Subaru of Am., Inc.*, 425 F.3d 119, 122 (2d Cir. 2005):

        a)    Marsh USA Inc. Severance Pay Plan (the "SPP") (Exhibit A).

        b)    Marsh Inc. Fall 2004 Restructuring Severance Pay Plan (the "Restructuring SPP") (Exhibit B).

    3.    I also submit this declaration to certify that the parties have exchanged pre-motion letters in accordance with Section III(B) of Your Honor's Individual Rules and Procedures.

KL3 2644513.1

- 2 -

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
            March 10, 2008

                                                    s/ Robert N. Holtzman
                                                    Robert N. Holtzman

KL3 2644513.1