**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

ROBERT N. HOLTZMAN
PARTNER
PHONE 212-715-9513
FAX 212-715-8035
RHOLTZMAN@KRAMERLEVIN.COM

March 14, 2008

**BY HAND & ELECTRONIC MAIL**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

Re: *Egan v. Marsh & McLennan Companies, Inc. et al.*,
07 Civ. 7134 (SAS)

Dear Judge Scheindlin:

We represent defendant Marsh & McLennan Companies, Inc. We write on behalf of both our client and plaintiff Roger Egan. The parties are currently engaged in good faith settlement negotiations and respectfully request a two week extension of the discovery schedule set forth in the Amended Scheduling Order of February 5, 2008, under which document discovery is scheduled to be concluded by March 31, 2008, in order to give the parties the opportunity to settle the matter. Given the fast-approaching document production deadline and the possibility that certain unresolved discovery disputes may require application to the Court before that time, both parties respectfully ask this Court to consider this joint application as soon as possible.

The parties are available to discuss this matter further if the Court has any questions. Thank you for your consideration.

Respectfully yours,

Robert N. Holtzman/jr

Robert N. Holtzman

cc: Peter W. Wang, Esq. (By Electronic Mail)
Jeremy L. Wallison, Esq. (By Electronic Mail)
Jonathan H. Friedman, Esq. (By Electronic Mail)

*[Handwritten annotation:]* Request granted. The February 5, 2008 scheduling order is adjourned by two weeks. No further adjournments. So Ordered. [signature] USDJ 3/17/08

1177 AVENUE OF THE AMERICAS   NEW YORK NY 10036-2714   PHONE 212.715.9100   FAX 212.715.8000   WWW.KRAMERLEVIN.COM
ALSO AT 47 AVENUE HOCHE   75008 PARIS FRANCE

KL3 2646249.1