UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

ROGER EGAN,

                    Plaintiff,

        - against -

MARSH & McLENNAN COMPANIES, INC.,

                    Defendant.

------------------------------------------------------------ X

JUDGE SCHEINDLIN

No. 07 Civ. 7134 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

## SCHEDULING ORDER

WHEREAS, Plaintiff Roger Egan filed his complaint for this action on July 10, 2007;

WHEREAS, Defendant Marsh & McLennan Companies, Inc filed on March 10, 2008 a motion to dismiss the third, fourth, and fifth causes of action of plaintiff's second amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); and

WHEREAS, the parties have conferred and agree to the proposed schedule;

NOW, THEREFORE, it is ordered that (1) plaintiff respond to defendant's motion to dismiss on or before April 18, 2008 at 10:00 a.m. and (2) defendant reply to plaintiff's response on or before May 8, 2008.

_____
Shira A. Scheindlin
United States District Judge

Dated: New York, New York
       April __, 2008

KL3 2650232.1