**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------- X

ROGER EGAN,

                     Plaintiff,

         - against -

MARSH & McLENNAN COMPANIES,
INC., MARSH USA INC. SEVERANCE
PAY PLAN, MARSH INC. FALL 2004
RESTRUCTURING SEVERANCE
PAY PLAN,

                   Defendants.
------------------------------------------------- X



**ORDER**

**07 Civ. 7134 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

         The parties having notified the Court that they have reached a

resolution of this action,

         IT IS HEREBY ORDERED that this action be, and the same hereby

is, discontinued with prejudice but without costs; provided, however, that within

forty-five days of the date of this Order, counsel for either party may apply by

letter for restoration of the action to the calendar of the undersigned if the

settlement is not effected, in which event the action will be restored.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          April 16, 2008

## - Appearances -

**For Plaintiff**:

Jeremy Landes Wallison, Esq.
Peter Neil Wang, Esq.
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
(212) 682-7474
Fax: (212) 490-3654

**For Defendants**:

Robert Neil Holtzman, Esq.
Barry H. Berke, Esq.
Jennifer Rochon, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
Fax: (212) 715-8000